Henry V. POOR, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Circuit Court of Appeals, Second Circuit.
January 10, 1929.

No. 134.

Stewart M. Seymour and John W. Drye, Jr., both of New York City, for appellant.

Mabel Walker Willebrandt, Asst. Atty. Gen., John Vaughan Groner, of Norfolk, Va., and Dorothy A. Moncure, of Washington, D. C. (C. M. Charest, of Washington, D. C., of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Affirmed in open court.

James F. REINART, Administrator of Estate of Elmer Reinart, Appellant, v. Wilzena NASH, Appellee.

Circuit Court of Appeals, Third Circuit.
March 20, 1929.

No. 4010.

Frank G. Turner, of Newark, N. J., and Charles C. Stalter, of Paterson, N. J., for appellant.

McCarter & English, of Newark, N. J. (Robert P. Schur, of New York City, and Conover English, of Newark, N. J., of counsel), for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. The motion on behalf of the appellee to dismiss the appeal in this case is granted, on the ground that said appeal was not taken within the time provided for and allowed by the statute.

John L. SHEVENELL et al., Petitioners.

Circuit Court of Appeals, First Circuit.
June 28, 1928.

No. 2264.

C. Frank Hathaway, of Lynn, Mass., for petitioner.

Marcus B. May, of Boston, Mass., opposed.

Before BINGHAM and JOHNSON, Circuit Judges, and HALE, District Judge.

PER CURIAM. It is ordered that the petition for leave to file a petition for a writ of mandamus be, and the same hereby is, denied.

J. L. SINK, Bankrupt, Appellant, v. ROANOKE AUTOMOBILE & IMPLEMENT COMPANY, Incorporated, and L. M. Bussey and T. K. Bussey, Appellees.

Circuit Court of Appeals, Fourth Circuit.
January 2, 1929.

No. 2800.

B. A. Davis, of Roanoke, Va., for appellant.

Poindexter & Poindexter, P. H. Aylett, and R. Q. Mosby, all of Roanoke, Va., for appellees.

PER CURIAM. Case dismissed, under rule 20, per agreement of counsel.